# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Casey<br><br>PLAINTIFF(S)<br>v.<br><br>Alliance Bancorp<br><br>DEFENDANT(S) | **CASE NUMBER**<br>5:16-cv-00283 TJH (SPx)<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: <u>Abstract of Judgment, Affidavit & Request for Issuance of Writ of Execution, Writ/Execution</u>

Filed date: _____   Document Number(s): <u>39, 40, 41, 43, 44 and 45</u>

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Documents were file stamped and issued in error due to the fact that a Judgment has not been entered on the docket. Furthermore, Abstracts, Affidavits and Requests for a Writ of Execution and the Writ of Execution itself shall be submitted on court forms G-018, CV-23 and CV-24.

CLERK, U.S. DISTRICT COURT

Date: 3/16/2017

By: L. Adams for L. Murray
Deputy Clerk

G-11 (06/14)                    NOTICE OF CLERICAL ERROR